# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

135278
& (15)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN ROBERT UMBARGER,
      Petitioner,

v

                               SC: 135278
                               COA: 280340
DEPARTMENT OF CORRECTIONS,        Gogebic CC: 07-000260-AH
      Respondent.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                          _____

                                              Clerk